UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BURRIOLA,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN WILLIAMS, *et al.*,<br><br>   Respondents. | Case No. 2:19-cv-02038-RFB-EJY<br><br>**ORDER** |

Anthony Burriola, a prisoner at Nevada's High Desert State Prison, initiated this action on November 25, 2019, by filing a Petition for Writ of Habeas Corpus, apparently under 28 U.S.C. § 2254 (ECF No. 1-1).

Burriola did not pay the filing fee or file an application to proceed *in forma pauperis*. The Court will dismiss this action, without prejudice, primarily for that reason.

Moreover, Burriola's petition appears to be meritless and does not set forth any cognizable claims for which habeas corpus relief could be granted. The Court dismisses this action for this additional reason as well.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment accordingly.

DATED THIS 4th day of December, 2019.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**